# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leinenweber, Harry D. | U.S.D.C. (ILLINOIS NORTHERN) | 05/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Suite #1946
219 S. Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Member | National Conference of Commissioners on Uniform State Laws |
| 2. | Member, Board of Directors | Good Shepherd Manor, Momence, Illinois |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Illinois General Assembly Retirement | $15,939.84 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Dreyfus Florida Muni Money Market Fund - Director Fees |
| 2. 2017 | Dreyfus NJ Muni Bond Fund - Director Fees |
| 3. 2017 | Dreyfus NY Tax Exempt Bond Fund - Director Fees |
| 4. 2017 | Dreyfus Global Investing - Director Fees |
| 5. 2017 | Dreyfus Strategic World Investment Fund - Director Fees |
| 6. 2017 | Dreyfus Strategic World Investment Fund - Director Fees |
| 7. 2017 | Dreyfus Strategic World Investment Fund - Director Fees |
| 8. 2017 | Dreyfus Florida Intermediate Muni Bond Fund - Director Fees |
| 9. 2017 | Dreyfus Strategic World Investment Fund - Director Fees |
| 10. 2017 | Dreyfus Strategic World Investment Fund - Director Fees |
| 11. 2017 | Dreyfus Strategic World Investment Fund - Director Fees |
| 12. 2017 | Dreyfus Investor GNMA Fund - Director Fees |
| 13. 2017 | Dreyfus 100% U.S. Treasury Short-Term Fund - Director Fee |
| 14. 2017 | Dreyfus 100% U.S. Treasury Intermediate Term Fund - Director Fees |
| 15. 2017 | Dreyfus 100% U.S. Treasury Money Market Fund - Director Fees |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/02/2019 |

| | |
|---|---|
| 16. 2017 | Office of Personnel Management - Congressional Retirement |
| 17. 2017 | Dreyfus Strategic Growth fund - Director Fees |
| 18. 2017 | Neiman Marcus - Residuals from Previous Directorship *See Section VIII for Additonal Comments. |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J.P. Morgan Chase checking account | C | Interest | K | T | | | | | *See Notes in Section VIII |
| 2. J.P. Morgan Chase checking account | C | Interest | J | T | | | | | *See Notes in Secton VIII |
| 3. J.P. Morgan Chase savings account | C | Interest | M | T | | | | | *See Notes in Section VIII |
| 4. Vanguard Interm Term Tax (VWIUX) | B | Interest | L | T | Buy | 09/12/17 | L | | |
| 5. Double Line Total Ret (DBLTX) | D | Interest | N | T | | | | | |
| 6. Metropolitan West Total (MWTIX) | D | Interest | N | T | | | | | |
| 7. Vanguard Total Bond (VBTIX) | C | Interest | N | T | | | | | |
| 8. DFA Emerging Market Core (DFCEX) | A | Dividend | K | T | Sold (part) | 09/13/17 | J | A | |
| 9. DFA Intl. Core Equity Part (DFIEX) | C | Dividend | M | T | Sold (part) | 09/12/17 | L | A | |
| 10. DFA Small Cap (DISVX) | B | Dividend | K | T | | | | | |
| 11. Harbor Intl. (HAINX) | C | Dividend | M | T | | | | | |
| 12. Diamond Hill (DHSIX) | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 13. UBS AG Jersey (MLPI) | C | Dividend | L | T | | | | | |
| 14. I Shares Core U.S. Value (IUSV) | A | Dividend | K | T | Sold (part) | 11/29/17 | M | C | |
| 15. I Shares (EEMV) | | None | | | Sold | 05/05/17 | K | B | |
| 16. AT&T | G | Distribution | P1 | T | Distributed (part) | 02/01/17 | M | | *See Notes in Section VIII |
| 17. Home Bank | B | Dividend | L | T | Distributed | 04/17/17 | L | | *See Notes in Section VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Research Growth (DWOIX) | B | Dividend | K | T | | | | | |
| 19. Aspiriant Defensive (RMDFX) | E | Dividend | O | T | Buy | 09/12/17 | L | | |
| 20. Aspiriant Risk Mgmt. (RMEAX) | E | Dividend | O | T | | | | | |
| 21. DFA Emerging Value Markets (DFEYX) | B | Dividend | L | T | Buy | 05/05/17 | K | | |
| 22. DFA Emerging Value Markets (DFEYX) | B | Dividend | L | T | Buy | 09/13/17 | K | | |
| 23. Vanguard High Yield (VWEAX) | D | Dividend | | | Sold | 09/12/17 | L | D | |
| 24. Vanguard Real Estate (VNQ) | A | Interest | J | T | | | | | *See Notes in Section VIII |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leinenweber, Harry D. | 05/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. - B. Spouse's Non-Investment Income

18.  Spouse was a former director of the parent company of Neiman Marcus. She receives a discount for retail purchases.

VII. - Investment and Trusts.

1. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

2. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

3. This J.P. Morgan Chase account is a personal savings account.

16. Spouse received deferred stock units as partial compensation as a Director. The value of the units are distributed in equal annual installments through 2022.

17. Insignia Bank was acquired by Home Bank Shares on April 17, 2017.

24. Vanguard Real Estate (VNQ) inadvertently omitted from 2017 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/02/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry D. Leinenweber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544